

```
FILED
CLERK, U.S. DISTRICT COURT
04/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:24-mj-00168 |
| v. | |
| WOODARD, RENAE | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETTION
in the SOUTHERN District of CALIFORNIA on 04/12/2024
at 8:00 [x] a.m. / [ ] p.m.  The offense was allegedly committed on or about 05/04/2023
in violation of Title 18 U.S.C., Section(s) 3583
to wit: PROBATION VIOLATION

A warrant for defendant's arrest was issued by: THe Honorable Janis L. Sammartino

Bond of $ no was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/12/24
                 Date

*Cesar Perez*
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title

CR-52 (03/20)              DECLARATION RE OUT-OF-DISTRICT WARRANT