Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
04/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: | |
|---|---|---|---|
| v. | PLAINTIFF | 5:24-mj-00168 | 17-CR-0133-JLS-1 |
| WOODARD, RENAE | | **REPORT COMMENCING CRIMINAL ACTION** | |
| USMS# 61707-298 | DEFENDANT | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/12/2024 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1980

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Cesar Perez   (please print)

12. Office Phone Number: 951.276.6120

13. Agency: USMS

14. Signature: /s/ Cesar Perez

15. Date: 04/12/2024

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION