# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
04/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

UNITED STATES OF AMERICA

V.

Ranae Norma Woodard (1)

**WARRANT FOR ARREST**

5:24-mj-00168

Case Number: 17-cr-01337-JLS-1

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Ranae Norma Woodard (1)
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

2023 MAY -4 AM 9: 43   RECEIVED U.S. MARSHALS-S/CA

In violation of Title    See Above    United States Code, Section(s) _____

John Morrill                          Clerk of the Court
Name of Issuing Officer               Title of Issuing Officer

s/ D. Martinez                        5/4/2023 San Diego, CA
Signature of Deputy                   Date and Location

Bail fixed at $    No Bail    by    The Honorable Janis L. Sammartino
                                    Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



