PROB 12C
(06/17)

May 3, 2023
pacts id: 3551873

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant or Summons for Offender Under Supervision

5:24-mj-00168

**Name of Offender:** Ranae Norma Woodard (English)  **Dkt. No.:** 17CR01337-001-JLS

**Reg. No.:** 61707-298

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Original Offense:** 21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class C felony

**Date of Sentence:** February 2, 2018

**Sentence:** 54 months' custody; 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** January 1, 2022

**Asst. U.S. Atty.:** Katherine Elizabeth McGrath    **Defense Counsel:** Hootan Baigmohammadi
(Appointed)
(619) 234-8467

**Prior Violation History:** None.

---

### PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

2023 MAY -4 AM 9:43   RECEIVED U.S. MARSHALS-S/CA

PROB12(C)
Name of Offender: Ranae Norma Woodard  May 3, 2023
Docket No.: 17CR01337-001-JLS  Page 2

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Mandatory Condition)**<br>Not unlawfully possess a controlled substance. | 1. On April 5, 2023, Ms. Woodward was in possession of a controlled substance for sale (methamphetamine), in violation of Health and Safety Code § 11378 (felony), as evidenced by the San Bernardino County Sheriff's Office Probable Cause Declaration, in relation to San Bernardino County Superior Court, Case No. FMB23000104. |
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. | 2. On April 5, 2023, Ms. Woodward was in possession of a controlled substance (methamphetamine) while armed with a firearm, in violation of Health and Safety Code § 11370.1(a) (felony), as evidenced by the San Bernardino County Sheriff's Office Probable Cause Declaration, in relation to San Bernardino County Superior Court, Case No. FMB23000104. |
| **(Mandatory Condition)**<br>Refrain from any unlawful use of a controlled substance. | 3. On or about April 5, 2023, Ms. Woodward used a controlled substance (methamphetamine), as evidenced by the San Bernardino County Sheriff's Office Probable Cause Declaration, in relation to San Bernardino County Superior Court, Case No. FMB23000104. |

***Grounds for Revocation:*** Regarding Counts 1 through 3, I have received and reviewed the San Bernardino County Sheriff's Office Probable Cause Declaration, in relation to San Bernardino County Superior Court, Case No. FMB23000104, which indicates the following.

On April 5, 2023, San Bernardino County Sheriff deputies were serving a search warrant at the residence of Sean Buckwald. In doing so, deputies contacted Ms. Woodard and Mr. Buckwald in front of his residence, a travel trailer. Deputies searched the residence and found approximately 1.7 pounds of methamphetamine in the travel trailer bedroom. The methamphetamine was packaged in five separate bags, and in quantities exceeding that which would be typical for personal use. In the living room of the trailer, a "short-barreled AR-15 style weapon" and a .40 caliber handgun were in plain view. Two of Ms. Woodard's cell phones were also found in the living room and women's clothing and personal hygiene supplies were found in the bedroom. Ms. Woodard admitted to deputies that she primarily lived at the trailer, and that she was in a dating relationship with Mr. Buckwald. A methamphetamine pipe was found in her vehicle, and she admitted to smoking the controlled substance.

Ms. Woodard was arrested and transported to San Bernardino County Jail. Charges have been filed in San Bernardino Superior Court Case No. FMB23000104. She has been charged with Manufacture/Etc Controlled Substance in violation of Health and Safety Code § 11379.6(a) – Count 1, Possession of Controlled Substance While Armed with Loaded Firearm in violation of Health and Safety Code § 11370.1(a) – Count 2, and Possession of a Controlled Substance for Sale in violation of Health and Safety Code § 11378 – Count 3. She appeared for

Case 3:17-cr-01337-JLS Document 65 (Court only) Filed 05/03/23 PageID.195 Page 3
of 7
Case 5:24-mj-00168-DUTY Document 3-1 Filed 04/12/24 Page 3 of 5 Page ID #:9

PROB12(C)
Name of Offender: Ranae Norma Woodard  May 3, 2023
Docket No.: 17CR01337-001-JLS  Page 3

an Arraignment Hearing on April 10, 2023, and a Pre-Preliminary Hearing on April 19, 2023. An Early Disposition Hearing has been set for May 30, 2023. Ms. Woodard has been released on bond and is currently in the community.

## VIOLATION SENTENCING SUMMARY

### SUPERVISION ADJUSTMENT

On January 22, 2022, Ms. Woodard was released from custody and began her term of supervision in the Central District of California, where she continues to reside. Aside from the allegations above, Ms. Woodard has mostly been in compliance since starting supervision in January 2022. However, she has failed to provide proof that she has completed substance abuse treatment and a mental health assessment via the Department of Behavioral Health in San Bernardino County despite multiple instructions to do so. She previously completed an assessment for "crisis intervention" and no further service was recommended. All the offender's urine samples have been negative, with the last one taking place on December 12, 2022.

### OFFENDER PERSONAL HISTORY/CHARACTERISTICS

According to the presentence report, the offender completed the 8th grade in Hemet, California. She was diagnosed with attention deficit hyperactivity disorder (ADHD) at the age of 5 and has a history of mental health issues, including a suicide attempt at a young age. Ms. Woodard has no significant criminal history, aside from two arrests for being intoxicated in public. She has a history of using alcohol, cocaine, marijuana and methamphetamine. The underlying offense involved the offender importing methamphetamine.

### SENTENCING OPTIONS

### CUSTODY

**Statutory Provisions:** Upon the finding of a violation, the court may modify the conditions of supervision; extend the term (if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. 18 U.S.C. § 3583(e)(2) and (3).

**Mandatory Revocation:** : If it is determined that the offender has violated the conditions of supervised release by being in possession of a controlled substance, the court is required to revoke supervised release and impose a sentence that includes a term of imprisonment. 18 U.S.C. § 3583(g)(1), and USSG § 7B1.4, p.s., comment. (n.5).

If it is determined that the offender has violated the conditions of supervised release by being in possession of a firearm (as described in 18 U.S.C. § 921), the court is required to revoke supervised release and impose a sentence that includes a term of imprisonment. 18 U.S.C. § 3583(g)(2), and USSG § 7B1.4, p.s., comment. (n.5).

If the court revokes supervised release, the maximum term of imprisonment upon revocation is 2 years. 18 U.S.C. § 3583(e)(3).

**USSG Provisions**: USSG §7B1.1(b), p.s., indicates that where there is more than one violation of the conditions of supervision, or the violation includes conduct that constitutes more than one offense, the grade of the violation is determined by the violation having the most serious grade. In this case the most serious conduct involves possession of a controlled substance for sale and felon in possession of a controlled substance while armed with a firearm, which constitute Grade B violations. USSG § 7B1.1(a)(2), p.s.

Upon a finding of a Grade B violation the court shall revoke supervised release. USSG § 7B1.3(a)(1), p.s.

PROB12(C)

| | |
|---|---|
| Name of Offender: Ranae Norma Woodard | May 3, 2023 |
| Docket No.: 17CR01337-001-JLS | Page 4 |

A Grade B violation with a Criminal History Category I (determined at the time of sentencing) establishes an **imprisonment range of 4 to 10 months.** USSG § 7B1.4, p.s. It is noted that in the case of a Grade B violation, and where the minimum term of imprisonment determined under USSG § 7B1.4, p.s., is at least one month but not more than six months, the minimum term may be satisfied by (A) a sentence of imprisonment; or (B) a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement... for any portion of the minimum term. USSG § 7B1.3(c)(1), p.s.

## REIMPOSITION OF SUPERVISED RELEASE

If supervised release is revoked and the offender is required to serve a term of imprisonment, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h).

In this case, the court has the authority to reimpose a term of supervised release of any years up to life, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(k), and 21 U.S.C. §§ 841, 960.

## JUSTIFICATION FOR BENCH WARRANT

Based on the severity of the allegations noted above, a bench warrant is necessary to bring Ms. Woodard before the Court to address her noncompliance.

PROB12(C)
Name of Offender: Ranae Norma Woodard
Docket No.: 17CR01337-001-JLS

May 3, 2023
Page 5

## RECOMMENDATION/JUSTIFICATION

Unfortunately, it appears Ms. Woodward is engaging in very concerning and potentially life-threatening behavior. After deputies served a warrant at the residence where she was living, several firearms and a large quantity of methamphetamine were discovered in the common areas of the residence. A pipe used for smoking methamphetamine was found in her vehicle and she admitted to deputies that she had smoked the substance. Clearly the combination of methamphetamine sales and use, along with firearms possession is potentially lethal to anyone involved and is of upmost concern.

If found in violation of the allegations above, it is recommended that supervised release be revoked, based on a breach of the Court's trust. The custodial guideline range is 4 to 10 months and custodial sanction of 6 months is recommended, to be followed by 2 years of supervised release. The previously imposed conditions of supervision should remain in effect. Given Ms. Woodard's use of methamphetamine and concerning actions, it is further recommended that the Court add a condition that she participate in and successfully complete a residential substance abuse program.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: May 3, 2023**

Respectfully submitted:
DANIEL J. KILGORE
CHIEF PROBATION OFFICER

by  *Joshua Garcia*
Tisha Garcia
Supervisory U.S. Probation
(619) 409-5136

PROB12CW

May 3, 2023

# VIOLATION SENTENCING SUMMARY

1. **Defendant:** Woodard, Ranae Norma

2. **Docket No.** (Year-Sequence-Defendant No.): 17CR01337-001-JLS

3. **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1):

| Violation(s) | Grade |
|---|---|
| possession of a controlled substance for sale | B |
| possession of a controlled substance while armed with a firearm | B |
| use of a controlled substance | C |

4. **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b))  [ B ]
5. **Criminal History Category** (*See* USSG § 7B1.4(a))  [ I ]
6. **Range of Imprisonment** (*See* USSG § 7B1.4(a))  [ 4 to 10 months ]

7. **Unsatisfied Conditions of Original Sentence**: List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (*See* USSG § 7B1.3(d)):

| | | | |
|---|---|---|---|
| Restitution ($) | _____ | Community Confinement | _____ |
| Fine($) | _____ | Home Detention | _____ |
| Other | _____ | Intermittent Confinement | _____ |

Case 3:17-cr-01337-JLS Document 65 (Court only) Filed 05/03/23 PageID.199 Page 7
Case 5:24-mj-00168-DUTY Document(s) 1 Filed 04/12/24 Page 7 of 7 Page ID #:11
of 7

PROB12(C)

Name of Offender: Ranae Norma Woodard
Docket No.: 17CR01337-001-JLS

May 3, 2023
Page 7

**THE COURT ORDERS:**

__X__ AGREE. A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS. THE PETITION AND THE WARRANT WILL BE SEALED UNTIL THE OFFENDER HAS BEEN ARRESTED ON THE WARRANT AND THEN THE PETITION AND WARRANT MAY BE UNSEALED. NOTWITHSTANDING THE SEALING, A COPY OF THE PETITION AND WARRANT WILL BE GIVEN TO THE U.S. MARSHAL FOR USE BY LAW ENFORCEMENT.

_____ DISAGREE. THE ISSUANCE OF A SUMMONS ORDERING THE OFFENDER TO APPEAR BEFORE THE COURT ON _____, AT _____, TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

_____ Other _____

_____
The Honorable Janis L. Sammartino
U.S. District Judge

05/03/2023
Date