1 | CUAUHTEMOC ORTEGA (No. 257443)
Federal Public Defender
2 | (E-mail: Cuauhtemoc_Oretga@fd.org)
3 | Jessaka Menzie (No. 353060)
Deputy Federal Public Defender
4 | (E-mail: Jessaka_Menzie@fd.org  ) 3801
University Ave, Suite 700 Riverside,
5 | California 92501
Telephone: (951) 276-6346
6 | Facsimile (951) 276-6368

7 | Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | NO. 5:24-mj-168 |
| v. | Assertion of Fifth and Sixth Amendment Rights |
| Ranae Norma Woodard  Defendant | |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

X _____    _Jessaka Menzie_____
(Defendant's Signature)      Attorney's Name/Signature

Date/Time  4/12/24 _____ a.m./p.m.

Interpreter: _____

1

If the defendant is not English speaker, include the following:

 I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

 I,_____, am fluent in written and spoken English and _____ languages. I accurately translated this Assertion of Fifth and Sixth Amendment Rights from English into _____ to the defendant_____, on this date.

Date: _____    _____
                    Interpreter